CHARLES DEJESUS 66715-004

UNITED STATES PENITENTIARY

P.O.BOX 26045

beaumont,tx 77720

JAN 1 2 2005


KEVIN F. ROWE

915 LAFAYETTE BOULVARD

BRIDGEPORT,CT 06604

JULY 30 2004


RE+ A REQUEST TO DOCKET THE FOLLOWING ENCLOSED LETTERS PER CASE NO: CR 00227(SRU).


Dear Mr Rowe

Can you please file these letters per docket no:cr 00227 (sru).


THANK YOU

CHARLES DEJESUS


CC/FILED

STATE OF CONNECTICUT



Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

## STATEWIDE GRIEVANCE COMMITTEE

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

March 18, 2003

Charles DeJesus, #66715-004
United States Penitentiary
P.O. Box 26045
Beaumont, TX  77720

RE:    Complaint Against Attorney

Dear Mr. DeJesus:

We are returning herewith your letter of March 5, 2003 regarding Attorney Robert G. Golger.

The authority of the Statewide Grievance Committee is essentially limited to reviewing grievance complaints filed against attorneys and determining whether attorney misconduct has occurred.

Enclosed is a pamphlet describing Connecticut's attorney grievance process and a "Complaint Against Attorney" form.  If after reviewing the pamphlet you choose to file a complaint, please complete and return the enclosed form.

Sincerely,

Daniel B. Horwitch

DBH/asc
Enc.

# STATE OF CONNECTICUT



| | | |
|---|---|---|
| Michèle T. Angers<br>Acting Chief Clerk<br>860-757-2200 | **SUPREME COURT**<br>**APPELLATE COURT**<br><br>March 12, 2003 | 231 Capitol Avenue<br>Hartford, CT 06106<br>860-757-2217 Fax |

Mr. Charles DeJesus, 66715-004
United States Penitentiary
P.O. Box 26045
Beaumont, Texas  77720

Dear Mr. DeJesus:

Your correspondence dated March 5, 2003 to the former Chief Clerk, Mr. Francis J. Drumm, Jr., has been forward to the Statewide Bar Counsel.  The Appellate Clerk's Office does not handle complaints against Attorneys.  If you have any additional questions please refer them to the Statewide Bar Counsel at the address on the enclosed pamphlet.

Yours truly,

Michele T. Angers
Acting Chief Clerk

Enc.
cc:  Attorney Robert G. Golger

| | | | | |
|---|---|---|---|---|
| Alan M. Gannuscio<br>Assistant Clerk<br>860-757-2242 | Cynthia M. Gworek<br>Assistant Clerk<br>860-757-2149 | Paul S. Hartan<br>Assistant Clerk<br>860-757-2249 | Susan C. Reeve<br>Assistant Clerk<br>860-757-2224 | Carolyn C. Ziogas<br>Assistant Clerk<br>860-757-2153 |

Statewaide Bar Counsel                              February 25, 2003
P.O. Box 6888
Station A
Hartford, Connecticut   06106

                    RE:   ROBERT G. GOLGER

Dear State Bar:

     I am writing because the above-named Connecticut Bar Member
has did me wrong.  I believe this to be a breach of ethics and of
the Cannons and Codes of Professional Responsibility.

     Mr Golger of One Post Road, Fairfield, Connecticut 06825 has
represented me in federal court.  He now represents me on direct
appeal.  The problem is, he says he has given me all the discovery
in the case, but, only has given me a handful of 302's.  I am kept
in the dark.  I have not seen the motions he filed or anything else.

     What tops it off is twice I wrote him asking for my appeal
brief he filed and also the transcripts of the trial.  Twice he
wrote back saying he sent them. (See attached letters of 1/7 and
1/29)

     I never received a shred of it !

     I am being denied my right to actively participate in my
own defense.  I am grieving a life sentence.

     Please know I believe Mr Golger is not telling me the truth.
If he mailed both the transcripts and the brief I would have re-
ceived them.

     CAn you please investigate ?

     Thank You.

                                   Sincerely,


                                   Charles DeJesus
                                   66715-004
                                   United States Penitentiary
                                   Box 26030
                                   Beaumont, Texas
                                                      77720

cc : file

FRANCIS J. DRUMM JR. CHIEF CLERK
SUPREME COURT BUILDING                                    MARCH,5 2003
231 CAPITOL AVE.
DRAWER 2 STATION A
HARTFORD,CT.06106


                        RE:ROBERT G GOLGER


Dear Sir
        I am writing the above named connecticut bar member
has comited a breach of ethics by violating the connons and
code of professional responsibility.
        Mr Golger of ONE POST ROAD FAIRFIELD,CONNECTICUT 06825
has represented me in federal court and is again representing
me on direct appeal.As to the contents of my complaint, Mr Golger
has not fulfilled his obligations by providing me with a complete
copy of discovery,trial transcripts,motions filed or brief for
appeal.(case no:3:00 cr 00227 sru).In fact Mr Golger has only
disclosed a handful of 302's at which is inadequate material to
rely on for an appeal.
        For sometime now it has been in my best interest to
actively participate in my own defense,however Mr Golger has denied
me that right because on several occasions I wrote to Mr Golger
requesting a release of these documents,but he continuously
failed to comply with my requisitions. See enclosed letters dated
10/28/02,11/11/02,12/3/02,1/1/03 and 1/20/03.Also enclosed is a
inmate to staff request form dated 2/10/03 to Mr Cruz a counselor
at BEAUMONT TEXAS PENITENTIARY,who explains that according to mail
officer's there is no record of any legal mail coming in or being
rejected from the mail room at the time period Mr Golger is claiming.
See enclosed letter from Mr Golger dated 1/7/03,1/29/03.Based on
this information it is evident Mr Golger is not telling me the
truth for if he did mail out these documents as requested I would
not be addressing this perpetuated issue to you.So can you please
investigate this matter on the grounds that Mr Golger performance
offends my sixth amendment right to have effective assistance of
counsel even throughout the appeal.


                            utterly dismayed I remain...
                            CHARLES DEJESUS 66715-004
                            UNITED STATES PENITENTIARY
                            P.O. BOX 26045
                            BEAUMONT, TEXAS.77720


cc/filed

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) mr cruz unit counselor | DATE: 2/10/03 |
|---|---|
| FROM: charles dejesus | REGISTER NO.: 66715-004 |
| WORK ASSIGNMENT: p.m. library clerk | UNIT: e.a. 206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

the reason for this request is there seems to be a problem

regarding the deliverly of my legal mail. on january,7 2003

my attorney mr golger mailed out a package containing legal

documents, however for reasons unknown this legal material

never reached my possession,so can you please check records for

incoming legal mail to this facility and see why i haven't

recieved these legal documents .

thank you respectfully

(Do not write below this line)

DISPOSITION:

ACCORDING to Mail Room Office
No mail has been Log coming in
or rejected. RG, Counselor

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

LAW OFFICES
## QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN*
ROBERT G. GOLGER
SARAMAE KREITLOW

*ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

January 7, 2003

*Docket No: 3:00 CR00227*
*SRU*

LEGAL MAIL

Mr. Charles DeJesus - #66715004
BCI – Beaumont
P.O. Box 26045
Beaumont, TX  77720-6045

Re:  <u>United States of America v. Charles DeJesus</u>

Dear Charles:

Enclosed herewith please find a copy of the Brief and Appendix which was filed with the Second Circuit Court of Appeals.

If you have any questions, please feel free to contact me.

Very truly yours,

Robert G. Golger

RGG:lig
enclosures

LAW OFFICES
## QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN*
ROBERT G. GOLGER
SARAMAE KREITLOW

*ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

January 29, 2003

Doc. Num. 3:00 CR00227 (SRU)

LEGAL MAIL

Mr. Charles DeJesus - #66715004
BCI – Beaumont
P.O. Box 26045
Beaumont, TX 77720-6045

Re: United States of America v. Charles DeJesus

Dear Charles:

I am in receipt of your January 20, 2003, correspondence. Please note that I sent you a copy of your Appeal on January 7, 2003. (See enclosed correspondence) and all trial transcripts. You already have been provided with all discovery materials.

Very truly yours,

Robert G. Golger

RGG:lig
enclosure

(1)

Charles DeJesus.                                      10/28/02.
United States Penitentiary
P.O. BOX 26030
Beaumont, TX. 77720

Robert Golger
One Post Road
Fairfield, CT. 06430

RE: United States of America vs. Charles DeJesus
Docket NO: 3:00 CR 00227 (SRU)

Dear Mr Golger.

                    The reason For this letter is
UnFortunately due to several inconvienent
transFers and a conflictation of circumstances
between us, we haven't had the apropriate
opportunity to discuss any issues For my direct
appeal. I understand your business schedule is
bombarded with cases, but For sometime now
I've been stressFully inquiring to know if you
Filed a notice of appeal on my behalf and if so
then can you please provide me the issues and
motions you're intending to address to the court.
As I've explained to you in the past, I Fully
understand your position as a jurist and assistance

(2)

as an effective counsel, but my overwhelming
concerns as a defendant is to know the
contents of your strategic approach of the
matter for reasons being I may want to
supplement any issues deemed necessary. In
addition as a indigent I would also like for
you to provide me pursuant to Fed. rule of crim
Proc. rule (16) and The Equal Protection Clause a
complete copy of the discovery package and both
trial transcripts. U.S. vs Charles DeJesus and
U.S. vs Daniel Herredia, so in conclusion I'm
sincerely hoping this request is administered
without prejudice or delay.

Respectfully.
Charles DeJesus

(1)                                                      11/11/02

Charles DeJesus
United States Penitentiary
P.O. BOX 26030
Beaumont, TX. 77720


Robert Golger
One Post Road
Fairfield, Ct. 06430


RE: U.S.A vs. Charles DeJesus.
Docket NO. 3:00 CR 00227 (SRU)


Dear Mr Golger.

            With all due respect once
again this letter of supplication is to
inform you that I'm still interested in
obtaining a complete discovery package and
the trial transcripts of both trials. U.S. vs.
Charles DeJesus and U.S. v.s. Daniel Herredia.
(co-defendant). As For a response to your
previous letter dated November 1, 2002, Yes
I've taken your advise by reading the
contents carefully, however as a concerned
defendant I sincerely Feel it's not only
appropriate, but also constitutional I receive
these trial transcripts and discovery

(2)

documents. Mr. Golger. I'm not trying to undermine your professionalism as a attorney, but as a defendant it's only right for me to have the freedom to review these transcripts and documents, so in conclusion I hope you can fulfill this request as soon as possible.

Sincerely yours.

Charles DeJesus.

Attorney Robert Golger                          January 20, 2003
One Post Road
P.O. Box 320019
Fairfield, CT  06825

                          Re: USA v Dejesus No 3:00CR00227(SRU)

Dear Sir:

    I am writing to notify you that I want a copy of all the trial
and other transcripts that you have or had in your possession in
any way connected to my case.  I further want a copy of all motions
you filed in connection to the case and all discovery you received
in connection to the case.

    I most specifically want a copy of the brief you filed in
the Second Circuit Court of Appeals in connection to my case.

    To date, you have left me in the dark.  I want to file a pro se
supplemental brief on my own behalf.  I want to adequately assist in
my own defense and you are actively blocking me from doing just that.

    Therefore, I want everything you have.  If you can't copy it
then send me the originals.

    Unless I receive all this on or before February 1, 2003, I
am filing a complaint with the State Bar of the Supreme Court of
Connecticut.

    I also have a legal intern friend here who will help me file
in the both federal district court and federal appellate court for
an order compelling you to do the right thing; that is, send me
all the above at once.

    I also will file a legal malpractice action in the state
court of proper jurisdiction if you do not comply by 2/1/03.

    I am sorry for having to do this. As you know, I am serving
a life sentence.  I am not about to let you continue to deny me
access to the records I need to defend against that sentence.

    I grant you will respond with expedience !

                          Utterly Dismayed, I remain:

                          Charles DeJesus
                          66715-004
                          United States Penitentiary
                          Box 26030
                          Beaumont, Texas  77720

cc : file

CHARLES DEJESUS #66715-004                                          12/3/02
UNITED STATES PENITENTIARY
P.O. BOX 26030
BEAUMONT,TX.77720


ROBERT GOLGER
ONE POST ROAD
P.O. BOX 320019
FAIRFIELD,CT. 06825


**RE: U.S.A vs CHARLES DEJESUS CASE NO:3:00 CR 00227 ( SRU)**


DEAR Mr Golger
          Pursuant to the FREEDOM OF INFORMATION ACT 5 U.S.C 552
as amended and the rules GOVERNING CRIMINAL PRACTICE rule 3:13-3,
I wish to make it clear that I'm still extremely interested in
inspecting all documents listed in the DISCOVERY,in addition I
would also like for you to provide me the trial transcripts and
the trial transcripts of co-defendant DANIEL HERRIDIA, furthermore
as a matter of fundamental fairness I further request that you
establish a written notification to me upon the issues your
intentions are to address in the brief for my direct appeal.
          Mr. Golger this is **MY LIFE,FREEDOM and the  fifth
time I,ve requested to you yo provide me with these documents and
information.**If your failure to comply to this request is caused by
a lack of enthusiasm then it's basically constitutionally fair that
you file a motion to relieve your services, on the account of it
doesn't make sense for me to be entangled in such a detrimental
predicament.By right even for a direct appeal I'm entitled to have
an effective representation by counsel,so if it;s not in your best
interest to fulfill the duties and responsibilities set forth as
an attorney then it's generally appropriate you file amotion to
alleviate your services.In conclusion I can only hope wecome to
a understanding without prejudice but if not then you leave me
with the alternative to file a grievance to the AMERICAN BARR
ASSOCIATION upon your dificient perfomance.


                                        RESPECTFULLY

                                        CHARLES DEJESUS

CHARLES DEJESUS #66715-004
UNITED STATES PENITENTIARY
BEAUMONT,TX.77720

1/1/03

ROBERT GOLGER
ONE POST ROAD
P.O. BOX 320019
FAIRFIELD,CT.06825

RE: U.S.A vs CHARLES DEJESUS CASE NO:3:00 CR 00227 (SRU)

Dear Mr. Golger

      Now that the date for my direct appeal has come to pass,(December 31,2002) I would like for you to provide me with the copies of the brief as well as any motions or oral arguments you may have made in my regards.In addition if it's not of any inconvenience can you also furnish the letter Ismael Padilla wrote to district attorney Alex Hernandezalong with the trial transcripts of co-defendant Daniel Herridia.

      IN response to your December 10,2002 missive YES, we did take a moment to review certain issues which I've highlighted in the FBI-302 forms and transcripts, but the matter of the fact is that the trial transcript of co-defendant Herridia were acquired to me by co-defendant Kelvin Verveen during trial and it is for this reason I've been constantly requesting to you to provide me with a copy on the account of I had to return the transcript to Mr. Vereen, so conclusion I sincerely hope you can fulfill this standard request without any further delay.

RESPECTFULLY

CDJ

CHARLES DEJESUS

Attorney Robert Golger                              January 20, 2003
One Post Road
P.O. Box 320019
Fairfield, CT  06825

                        RE: USA v Dejesus No 3:00CR00227(SRU)

Dear Sir:

     I am writing to notify you that I want a copy of all the trial
and other transcripts that you have or had in your possession in
any way connected to my case.  I further want a copy of all motions
you filed in connection to the case and all discovery you received
in connection to the case.

     I most specifically want a copy of the brief you filed in
the Second Circuit Court of Appeals in connection to my case.

     To date, you have left me in the dark.  I want to file a pro se
supplemental brief on my own behalf.  I want to adequately assist in
my own defense and you are actively blocking me from doing just that.

     Therefore, I want everything you have.  If you can't copy it
then send me the originals.

     Unless I receive all this on or before February 1, 2003, I
am filing a complaint with the State Bar of the Supreme Court of
Conneticut.

     I also have a legal intern friend here who will help me file
in the both federal district court and federal appellate court for
an order compelling you to do the right thing; that is, send mer
all the above at once.

     I also will file a legal malpractice action in the state
court of proper jurisdiction if you do not comply by 2/1/03.

     I am sorry for having to do this. As you know, I am serving
a life sentence.  I am not about to let you continue to deny me
access to the records I need to defend against that sentence.

     I grant you will respond with expedience !

                         Utterly Dismayed, I remain:

                         Charles DeJesus
                         66715-004
                         United States Penitentiary
                         Box 26030
                         Beaumont, Texas  77720

cc : file

CHARLES DEJESUS 66715-004
UNITED STATES PENITENTIARY
P.O.BOX 26045
BEAUMONT,TX 77720


ROBERT GOLGER
ONE POST ROAD
P.O. BOX 320019
FAIRFIELD,CT. 06825


FEBUARY,3 2004


RE: A COPY OF ISMAEL PADILLA'S DIRECT AND REDIRECT TRIAL TESTIMONY
DATED NOVEMBER, 19 2001.


Dear Mr Golger
        Can you please provide me with a copy of ISMAEL PADILLA'S
TRIAL testimony from co-defendant DANIAL HERREDIA'S trial dated
November 19 2004.


THANK YOU

CHARLES DEJESUS


CC/FILED

LAW OFFICES
## QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

———

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN°
ROBERT G. GOLGER
MICHAEL C. JANKOVSKY

°ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

February 11, 2004


**LEGAL MAIL**

Mr. Charles DeJesus
Inmate No. 66715-004
United States Penitentiary
P.O. Box 26045
Beaumont, TX  77720

Re:  United States of America v. Charles DeJesus

Dear Charles:

This letter is to confirm that we are in receipt of your correspondence to us dated February 3, 2004 regarding the above-referenced matter.

Please be advised that we do not have a copy of Ismael Padilla's direct and re-direct trial testimony dated November 19, 2001.

Very truly yours,

Robert G. Golger

RGG/dmz

CHARLES DEJESUS 66715-004
U.S. PENITENTIARY
P.O. BOX 26045
BEAUMONT,TX. 77720


ROBERT GOLGER                                          Feburary 10 2004
ONE POST ROAD
P.O. BOX 320019
FAIRFIELD,CT. 06043


RE: A COPY OF JERMAINE JENKINS TRIAL TRANSCRIPTS DATED NOVEMBER,20 2001
and ISMAEL PADILLA TRIAL TRANSCRIPT DATED NOVEMBER,19 2001.


Dear Mr Golger
                Can you please provide me with the trial testimony of
JERMAINE JENKINS dated November,20.2001 and ISMAEL PADILLA dated
november,19 2001.


                                          THANK YOU

                                          CHARLES DEJESUS


CC/FILED

LAW OFFICES

# QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

———

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN°
ROBERT G. GOLGER
MICHAEL C. JANKOVSKY

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

°ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

February 23, 2004

LEGAL MAIL

Mr. Charles DeJesus
Inmate No. 66715-004
United States Penitentiary
P.O. Box 26045
Beaumont, TX  77720

Re:  United States of America v. Charles DeJesus

Dear Charles:

In response to your correspondence dated February 10, 2004, whatever transcripts I have possessed in regard to your case have been provided to you.  I do not have trial transcripts for cases in which I was not involved.

Very truly yours,

Robert G. Golger

RGG:lig

CHARLES DEJESUS 66715-004
UNITED STATES PENITENTIARY
P.O.BOX 26045
BEAUMONT CT 77720


ROBERT GOLGER
ONE POST ROAD
P.O.BOX 320019       '
FAIRFIELD, CT 06825


March, 12 2004


## RE: COUNSELS FAILURE TO PROVIDE COMPETENT REPRESENTATION.

Dear Mr Golger

        With all due respect, this letter is in relation to your Febuary,
11 and 23 of 2004 correspondance. To start let me express my concerns by saying
I'm  extremely overwhelmed by your conduct. for I do not understand how is it
reasonably possible that you," do not have trial transcripts for cases you were
not involved" when in  fact the transcripts I'm requesting is  interelated to my
case. ( U.S.A v  FRANK ESTRADA case no 3:oo CR 227 (SRU). The only disparity
between them is for trial purposes they were severed into three different groups,
so for you to claim it's not  your resonsibility is with out question a form of
misrepresentation on your part.

The CONNECTICUT RULES OF PROFESSIONAL CONDUCT rule 1.1 requires a lawyer to provide
competent representation, legal knowledge, skill, thoroughness and preparation
reasonably necessary for the representation, however in spite of this you failed
to comply to your duty by negleceting your obligation to scrutinize and procure
all evidence that may be prejudice or favorable to the defense. In conclusion it
is for this incentive and reserved I'm seeking a means of moderation from your
misdeeds.


CC/FILED                                                    IN DISMAY I REMAIN

Mr. Charles DeJesus
Reg. No: 66715-004
P.O. Box 26030
Beaumont, TX.   77720


Mr. Robert Golger
One Post Road
P.O. Box 26045
Fairfield,  Ct. 06825


                         March 10, 2004


RE:    A COPY OF PRETRIAL TRANSCRIPTS


Dear Mr. Golger,

     I trust this communication arrived to find you doing well in
all aspects of life.  I am writing to request, if it is possible
for you to provide me with the pretrial transcripts.  I know this
has been an issue between us.  However, the truth of the matter is
I would not burden you if I had this document in my possession.


                         Thanking you in advance,


Copy send to;

U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, Ct. 06604

C/Filed.

LAW OFFICES
## QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN°
ROBERT G. GOLGER
MICHAEL C. JANKOVSKY

°ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

April 2, 2004

**LEGAL MAIL**

Mr. Charles DeJesus
Inmate No. 66715-004
United States Penitentiary
P.O. Box 26045
Beaumont, TX  77720

Re:  United States of America v. Charles DeJesus

Dear Charles:

I am in receipt of your March 10, 2004 correspondence which I assume is a follow-up to your request for Ismail Padilla transcripts.

Please be advised that I have given you all that I have regarding this issue.

Very truly yours,

Robert G. Golger

RGG/dmz

CHARLES DEJESUS #66715-004
UNITED STATES PENITENTIARY                                    1/1/03
BEAUMONT,TX.77720


ROBERT GOLGER
ONE POST ROAD
P.O. BOX 320019
FAIRFIELD,CT.06825


RE: U.S.A vs CHARLES DEJESUS CASE NO:3:00 CR 00227 (SRU)

Dear Mr. Golger
        Now that the date for my direct appeal has come to
pass,(December 31,2002) I would like for you to provide me with
the copies of the brief as well as any motions or oral arguments
you may have made in my regards.In addition if it's not of any
inconvenience can you also furnish the letter Ismael Padilla
wrote to district attorney Alex Hernandezalong with the trial
transcripts of co-defendant Daniel Herridia.
        IN response to your December 10,2002 missive
YES, we did take a moment to review certain issues which I've
highlighted in the FBI-302 forms and transcripts, but the matter
of the fact is that the trial transcript of co-defendant Herridia
were acquired to me by co-defendant Kelvin Verveen during trial
and it is for this reason I've been constantly requesting to you
to provide me with a copy on the account of I had to return the
transcript to Mr. Vereen, so conclusion I sincerely hope you can
fulfill this standard request without any further delay.


                                              RESPECTFULLY

                                              CbS

                                              CHARLES DEJESUS

LAW OFFICES

# QUATRELLA & RIZIO, LLC
ONE POST ROAD
POST OFFICE BOX 320019
FAIRFIELD, CONNECTICUT 06825
(203) 255-9928

FAX (203) 255-6618

JAMES P. BLANCHFIELD
PETER V. GELDERMAN*
ROBERT G. GOLGER
SARAMAE KREITLOW

KATHERINE M. MACOL
WILLIAM M. PETROCCIO+
DAVID L. QUATRELLA*
RAYMOND RIZIO+

*ALSO ADMITTED IL BAR
* ALSO ADMITTED PA AND NJ BARS
+ ALSO ADMITTED NY BAR

December 10, 2002

**LEGAL MAIL**

Mr. Charles DeJesus – Inmate #66715004
BCI – Beaumont
P.O. Box 26045
Beaumont, TX  77720-6045

Re:  <u>United States of America v. Charles DeJesus</u>

Dear Charles:

I am in receipt of your December 3, 2002, correspondence.  First, I will provide you with a copy of the trial transcript when I receive my copy from the printer who is putting together the Appendix for your appeal.  Second, if you wish specific discovery materials, I will provide them to you as well, although it is my recollection that you have everything I have since you had all of the discovery materials at trial and reviewed them prior to trial.  (I remember you highlighting portions of the transcripts and FBI-302 forms and providing them to me at trial).  Last, the appeal I am working on will center mainly on the court's restriction of the cross-examination of several witnesses.  If you wish me to withdraw and to have new counsel appointed, I will make a motion but the due date for filing your brief is December 31, 2002.  Best wishes.

Very truly yours,

Robert G. Golger

RGG:lig