## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. |
| | : | 00cr227 (SRU) |
| CHARLES DEJESUS | : | |
| | : | |
| | : | |
| | : | |

## ORDER

I have determined that, had the Sentencing Guidelines been advisory, I would have imposed a non-trivially different sentence on Charles DeJesus.  Accordingly, re-sentencing is scheduled for **July 19, 2005 at 10:00 a.m.**.  The parties shall submit any briefs in aid of re-sentencing on or before **July 11, 2005.**

Entered at Bridgeport, Connecticut, this 15th day of June, 2005.


    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge