UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Crim. No.: 3:00CR227(SRU) |
| : | |
| CHARLES DEJESUS, a.k.a. "Chino"  : | July 18, 2005 |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO RESENTENCING**

Defendant Charles DeJesus has moved the Court to consider resentencing him pursuant to the decision of the United States Court of Appeals for the Second Circuit in the case of *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005).  A hearing has been scheduled for July 19, 2005.  Based upon the government's "Omnibus Memorandum in Aid of Sentencing" dated July 8, 2002, the government's "Memorandum in Aid of Sentencing" dated July 8, 2002, and the full record of the sentencing hearing dated September 6, 2002, and the full record of trials and sentencing hearings held by the district court, the government respectfully urges the court to find that it would not have imposed a materially non-trivially different sentence if the Guidelines had been purely advisory.

The government respectfully requests an opportunity to file additional memoranda in opposition to the defendant's request that he be resentenced.

```
                              Respectfully submitted,
                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              ALINA P. REYNOLDS
                              ASSISTANT UNITED STATES ATTORNEY


                              ALEX HERNANDEZ
                              SUPERVISORY
                              ASSISTANT UNITED STATES ATTORNEY
                              FEDERAL BAR NO. CT08345
                              915 LAFAYETTE BLVD. ROOM 309
                              BRIDGEPORT, CT 06604
                              (203) 696-3000
                              Fed. Bar Number: CT08345
```

**CERTIFICATE OF SERVICE**

_____This is to certify that on July 18, 2005, a copy of the foregoing was mailed, postage prepaid, to the following:

    Robert G. Golger, Esq.
    Quatrella & Rizio, LLC
    One Post Road
    P.O. Box 320019
    Fairfield, CT 06432

                                            Alex Hernandez