# MANDATE

FILED

D. Conn.-New Haven, Ct.
00-cr-227
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 8th day of June, two thousand and five,

Present:
  Hon. John M. Walker, Jr.,
    *Chief Judge*,
  Hon. Dennis Jacobs,
  Hon. Pierre N. Leval,
    *Circuit Judges*.

---

United States of America,

    Appellee,

  v.

Frank Estrada, *et al.*,

    Defendants,

Edward Estrada, *et al.*,

    Defendants-Appellants

Nos. 02-1544-cr (L)
   02-1546-cr (Con)-ONLY
   02-1576-cr (Con)
   02-1594-cr (Con)
   03-1015-cr (Con)-ONLY

---

  The Government moves with consent to remand the appeals of Edward Estrada, Charles DeJesus, and Benito Rosario to the district court to determine whether to resentence the Appellants. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted with respect to Charles DeJesus and Benito Rosario and the cases are remanded to the district court for further proceedings in conformity with *Crosby*. Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b). A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order. To the extent that the Government requests that the briefing schedule for Charles DeJesus and Benito Rosario be stayed, the motion is denied.

  Regarding Edward Estrada, in light of the Supreme Court's decision in *Booker*, 125 S. Ct. 738, and this Court's decision in *United States v. Fagans*, __F.3d__, 2005 WL 957197 (2d Cir. Apr. 27, 2005), this Court must determine, prior to ruling on the motion, whether the district court's error

—ISSUED AS MANDATE: 6/29/05

in applying the Sentencing Guidelines mandatorily was preserved for appellate review. It is therefore ORDERED that the parties inform the Court by letter, within ten (10) days of entry of this order, whether Edward Estrada raised a claim pursuant to *Blakely v. Washington*, __ U.S.__, 124 S. Ct. 2531 (2004), in the district court prior to sentencing.

The Government additionally moves to sever the appeals of Daniel Herredia and Makene Jacobs from the consolidated appeals of Charles DeJesus, Edward Estrada, and Benito Rosario. The motion is granted. Herredia's and Jacobs's appeals will continue to proceed in this Court. To the extent that the Government requests that the briefing schedule for Daniel Herredia and Makene Jacobs proceed as previously directed, the motion is granted.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*
Richard Alcantara, Deputy Clerk

*[Stamp: A TRUE COPY, Roseann B. MacKechnie, CLERK, by [signature], DEPUTY CLERK]*

SAO?JG