MEMORANDUM

TO:     U.S. Probation Office

FROM:   Alice Montz

DATE:   September 2, 2005

RE:     3:00cr227 (SRU)

        Presentence Report returned to U.S. Probation Office as
        to CHARLES DeJESUS

****************************************************************

Ten days have passed since the defendant was resentenced and no appeal has been filed. Therefore, we are returning the original Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:      ORIGINAL PRESENTENCE REPORT

Received by:    _____

Date:           _____