Robert Golger Esq.
One Post Road.
P.O. Box 320019
Fairfield, CT. 06825

RE: A request to counsel to provide all motions filed by the government, the court, counsel, resentencing transcripts and judgement of resentence.

8-28-05.

Dear Golger,

IF it's not of any inconvenience can you please provide me with every and all documentation pertaining to my resentencing dated July 19, 2005.

Thank You Respectfully

Charles DeJesus #66715-004
U.S. Penitentiary.
P.O. Box 26030.
Beaumont, TX. 77720.

Hand written copy Filed:

Kevin F. Rowe.
915 laFayette Boulevard.
Bridgeport, CT. 06604.

SEP - 6 2005

RE: Request to Docket the Following enclosed letter per case NO: cr 00227 (SRU).

8-28-05.

Dear. mr. Rowe.
      Can you please File this letter per docket no: cr. 00227 (SRU).

Thank You Respectfully

charles DeJesus #66715-004.
U.S. Penitentiary
P.O. Box 26030.
Beaumont, TX. 77720

Hand written Copy Filed: