3:00CR227(SRU)
Charles DeJesus
Inmate No. 66715-004.
United States Penitentiary
P.O. Box 26045
Beaumont, TX 77720.

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Oct. 24 2005
Kevin F. Rowe, Clerk
by S. Baldwin
Deputy Clerk

Robert Golger.
One Post Road
P.O. Box 320019
Fair Field, Conn. 06825.

October 16, 2005.

Re: United States of America v. Charles DeJesus.

Dear Golger.
    In reference to your July 26, 2005 correspondence, you stated it's your opinion that the issues raised in my initial appeal are without any significant merit. If this is the case, reasonably to ensure I have a fare chance in justice wouldn't it be logical for you to file a motion to redraft the initial appeal with animate issues? In addition now that things are back to normal (hurricane Rita) I would like to reiterate my request for a copy of the resentencing transcripts dated July 19, 2005. Unfortunately I still haven't recieved it, remember by accident you sent my prior transcripts. (September 6, 2002)

Truly Yours.

Charles DeJesus.

HAND WRITTEN COPY.