1-2

FILED
2005 NOV 21 A 9:20
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

3:00CR227(SRU)
Charles DeJesus
Inmate no: 66715-004
United States Penitentiary
P.O. BOX 26045
Beaumont, TX. 77720

Robert Golger
One Post Road
P.O. BOX 320019
Fair Field, CT. 06825

October 31, 2005

Re: United States of America v. Charles DeJesus.

Dear Golger

In response to your October 24, 2005 correspondence my question of concern is how is it possible that the Booker/FanFan issue is without merit when it's the overall reason I returned to court for resentencing? Recap, In June 2005 you sent me a correspondence stating that due to the Supreme court decision on Booker/FanFan I was granted the right for resentencing. In another correspondence you explained that the Supreme Court ruling is precisely the reason my case was appropriate for resentencing. nonetheless this issue was never raised at resentencing, instead I was resentenced under a disparate issue (U.S. v. Iousen) at which is comFounding, because now you pronounce that this issue is without merit. I understand the nonguideline aspect of it, that's the can of worms, but what I do not understand is why would you preserve this issue when it was the essential reason I

2-2.

was remitted to court for resentencing. The Supreme and Appellant court formerly deemed that those defendant's who are on appeal and meet the criterion's of Booker/FanFan have sufficient grounds for resentencing, so then why did you mummify this issue when it was not only unobjectionable, but it was predominately the sole purpose I revisited the court? Your actions doesn't make sense so please without prejudice unambiguously elaborate on this matter.

Yours truly

Charles DeJesus.

I would also like to reiterate that I haven't recieved the resentencing transcripts dated July 19, 2005 yet, so with that said can you please provide a copy.

HAND WRITTEN COPY: