**MANDATE**

D.Conn.
00-cr-227
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 13th day of March, two thousand six,

Present:

    Hon. John M. Walker, Jr.,
        *Chief Judge,*
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*



United States of America,

        Appellee,

    v.    No. 02-1546-cr

Charles DeJesus, Edward Estrada, Benito Rosario,

        Defendants-Appellants.

    The Government moves to dismiss Appellant Charles DeJesus's appeal. Upon due consideration, it is ORDERED that the Government's motion to dismiss the appeal is GRANTED and the appeal is DISMISSED, for substantially the same reasons discussed in the appeals docketed under numbers 02-1543-cr, 02-1545-cr (XAP), and 02-1626-cr (CON), concerning DeJesus's co-defendants, Felix DeJesus and Ricardo Rosario. In those appeals, we found that: (1) the district court did not abuse its discretion in excluding evidence about the religious beliefs of cooperating witnesses or specific details of witness Frank Estrada's ongoing cooperation agreement with the Government; (2) the district court's evidentiary error in excluding the statutory names of witnesses' felony offenses under Rule 609(a)(1) of the Federal Rules of Evidence was harmless and did not offend the Confrontation Clause; and (3) the district court did not misapply Rule 609(a)(2) to exclude witness Ismael Padilla's misdemeanor larceny convictions. We incorporate by reference the discussion of these issues, which appears in the summary orders affirming Felix DeJesus's and Ricardo Rosario's convictions.

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: *Lucille Carr*

USCA MK

A TRUE COPY
Roseann B. MacKechnie, CLERK
by

ISSUED AS MANDATE: 4-4-06