FILE

2007 APR 30 P 2: 45

DISTRICT CO...
...PORT, C...

Charles DeJesus
Fed. ID # 66715-004
U.S.P. Canaan
P.O. Box 300
Waymart PA. 18472

Honorable Judge S.R. Underhill
915 Lafayette Boulevard
Bridgeport CT. 06604

April 24, 2007.

RE: Motion for Out of Time Appeal to be treated as Habeas Corpus.

case no: 3:00 CR 227 (SRU)

Sir,

I am in reciept of your April 16, 2007 ruling and order. As a legitimate declaration let this brief correspondence serve as a notice that I am in agreement to treat motion for an "Out of Time" appeal as a Habeas Corpus seeking additional time to appeal from judgment of resentencing on grounds of ineffective assistance of counsel.

Truly Yours
[signature]